**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01123-CV

**SHANNON RICHARDSON, Appellant**

**V.**

**DERRICK RICHARDSON, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-10877**

## ORDER

The Court has before it appellee's February 13, 2013 second motion for extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by March 18, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE